James RITTER, Appellant, v. COMMONWEALTH of Kentucky, Appellee.

Court of Appeals of Kentucky.
March 21, 1947.

Sandusky & Krueger and Lawrence Hail for appellant.

Eldon S. Dummit, Attorney General, and Richard L. Drye, Assistant Attorney General for appellee.

PER CURIAM.

Appeal denied; Judgment affirmed.